NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKIRA AKAZAWA and PALM CREST, INC.,**
*Plaintiffs-Appellants,*

**v.**

**LINK NEW TECH, INC.,**
*Defendant.*

---

2010-1077

---

Appeal from the United States District Court for the Central District of California in Case No. 03-CV-1474, Judge James V. Selna.

---

**JUDGMENT**

---

R. JOSEPH TROJAN, Trojan Law Offices, of Beverly Hills, California, argued for plaintiffs-appellants. With him on the brief was Dylan C. Dang.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 18, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |